# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Mateo De La Cruz-Saldivar,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-02660-PHX-KML (JZB)

**ORDER**

Petitioner challenged his present immigration detention, arguing he was released from immigration detention and redetained without due process. (Doc. 1.) The court directed respondents to show cause why the petition should not be granted. (Doc. 4.) Respondents' response stated:

> Respondents do not oppose the habeas petition or the requested relief of release from custody at this time.

(Doc. 6.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody.  The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner from custody.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance

within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 28th day of April, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**